UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO. |
| | ) 2:18-cr-14-JMS-CMM |
| DONALD C. LEEHY | ) |
| Defendant. | ) |

**INDICTMENT**

[18 U.S.C. § 922(g)(1)- Felon in Possession of a Firearm]

The Grand Jury charges that:

On or about February 27, 2018, in Knox County, in the Southern District of Indiana, DONALD C. LEEHY, defendant, did knowingly possess in commerce and affecting commerce one or more firearms, to wit: a Makarov, 9 mm semi-automatic pistol, bearing serial number BA7969 and a Remington, Model 870 Express, 12 gauge shotgun, bearing serial number W986494M, after having been convicted of one or more crimes punishable by a term of imprisonment exceeding one (1) year, to wit: DONALD C. LEEHY was convicted of a felony Burglary in Knox County, Indiana, under cause number 42D01-0506-FB-129 on or about April 30, 2013, and a felony Burglary in Knox County, Indiana, under cause number 42D01-0402-FB-029 on or about March 7, 2011.

All of which is in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____
FOREPERSON

JOSH J. MINKLER
United States Attorney

By: _____
Lauren M. Wheatley
Assistant United States Attorney